UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AVIS DAMONE COWARD,
EMMA JANE HUVER, and
GINA RENEE SCHIEBERL,

    Defendants.
_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
**(Felon in Possession of Firearms)**

On or about October 24, 2023, in Ingham County, in the Southern Division of the Western District of Michigan,

AVIS DAMONE COWARD,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a .45 caliber Springfield Armory semiautomatic pistol and a 9-millimeter Smith & Wesson semiautomatic pistol, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## COUNT 2
### (Felon in Possession of Firearms)

On or about October 24, 2023, in Ingham County, in the Southern Division of the Western District of Michigan,

EMMA JANE HUVER,

knowing she had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a .45 caliber Springfield Armory semiautomatic pistol and a 9-millimeter Smith & Wesson semiautomatic pistol, and the firearms were in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

## COUNT 3
### (Conspiracy to Tamper with Evidence)

Between on or about October 24, 2023, and on or about October 31, 2023, in Ingham County, in the Southern Division of the Western District of Michigan,

AVIS DAMONE COWARD and
GINA RENEE SCHIEBERL

knowingly and intentionally combined, conspired, confederated, and agreed with each other and with other persons known and unknown to the Grand Jury to corruptly alter, destroy, mutilate, and conceal a 2008 GMC Yukon, a .45 caliber Springfield Armory semiautomatic pistol, and a 9-millimeter Smith & Wesson semiautomatic pistol, with the intent to impair those objects' integrity or availability for use in an official proceeding.

18 U.S.C. § 1512(k)
18 U.S.C. § 1512(c)(1)

## COUNT 4
**(Tampering with Evidence)**

Between on or about October 24, 2023, and on or about October 31, 2023, in Ingham County, in the Southern Division of the Western District of Michigan,

AVIS DAMONE COWARD  and
GINA RENEE SCHIEBERL

corruptly altered, destroyed, mutilated, and concealed, and aided and abetted the corrupt alteration, destruction, mutilation, and concealment of, a 2008 GMC Yukon, a .45 caliber Springfield Armory semiautomatic pistol, and a 9-millimeter Smith & Wesson semiautomatic pistol, with the intent to impair those objects' integrity or availability for use in an official proceeding.

18 U.S.C. § 1512(c)(1)
18 U.S.C. § 2

## FORFEITURE ALLEGATION
### (Felon in Possession of Firearms)

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count 1 of this Indictment,

AVIS DAMONE COWARD

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a .45 caliber Springfield Armory barrel and a 9-millimeter Smith & Wesson semiautomatic pistol and the associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

## FORFEITURE ALLEGATION
### (Felon in Possession of Firearms)

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count 2 this Indictment,

### EMMA JANE HUVER

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to a .45 caliber Springfield Armory barrel and a 9-millimeter Smith & Wesson semiautomatic pistol and the associated ammunition.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
PATRICK CASTLE
JONATHAN ROTH
Assistant United States Attorneys

6